IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. GUANCIONE, III, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>WACHOVIA MORTGAGE CORPORATION, et al.,<br><br>        Defendants.<br>                                / | No. C 10-03166 SI<br><br>**ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |

On July 20, 2010, plaintiffs filed this action, including a request for a temporary restraining order, in the Oakland division of the Northern District of California. The complaint pertains to a non-judicial foreclosure commenced against plaintiffs' property located at 1461 Forrestal Avenue in San Jose, California and a related unlawful detainer action pending in Santa Clara County Superior Court.

Under Civil Local Rule 3-2(c), any action filed in this district is to be assigned to the division serving the county "in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Civil Local Rule 3-2(e) provides that an action arising in the County of Santa Clara shall be assigned to the San Jose Division of the court.

It appearing that plaintiffs' claims arise out of the property located in the City of San Jose, County of Santa Clara, and the unlawful detainer action pending in that county, this action is hereby TRANSFERRED to the San Jose Division of this court for reassignment to a judge in that division. The request for a temporary restraining order will be decided by the judge to whom the case is assigned.

**IT IS SO ORDERED.**

Dated: July 20, 2010

                                              SUSAN ILLSTON
                                              United States District Judge