**E-Filed 8/2/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY V. GUANCIONE, III, R. AUBREEʹ GUANCIONE, AND WILLIAM BULLOCK STEWART, III,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, WORLD SAVINGS INC, GOLDEN WEST FINANCIAL CORPORATION, WELLS FARGO & CO.,<br><br>Defendants. | Case Number 5:10-CV-03166 JF (HRL)<br><br>ORDER[1] DENYING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME<br><br>Re: Docket No. 29 |

On July 20, 2010, Plaintiffs Anthony V. Guancione, III, Rosalie Aubreeʹ Guancione, and William Bullock Stewart, III, proceeding *pro se*, filed a complaint and application for a temporary restraining order ("TRO") and order to show cause re preliminary injunction against Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, also formerly known as World Savings Bank, FSB and Golden West Savings Association Service Co., erroneously sued as "Wachovia Mortgage Corporation, World Savings

---

[1] This disposition is not designated for publication in the official reports.

Case Number 5:10-CV-03166 JF (HRL)
ORDER DENYING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME
(JFLC1)

Inc., Golden West Financial Corporation, Wells Fargo & Co." (collectively, "Wachovia"). The Court requested that Defendants file a response to Plaintiff's application on or before July 27, 2010. Based upon its review of Plaintiffs' application and Defendants' opposition, on July 28, 2010, the Court denied the application for the TRO and order to show cause re preliminary injunction. Plaintiff Rosalie Aubree′ Guancione now requests an extension of time for Plaintiffs to respond to Defendants' opposition. Because the Court denied Plaintiffs' application on legal grounds and did not rely upon any facts alleged by Defendants in their opposition, the request for an extension of time is DENIED.

**IT IS SO ORDERED.**

DATED: 8/2/2010

_____
JEREMY FOGEL
United States District Judge

Case 5:10-cv-03166-JF   Document 33   Filed 08/02/10   Page 3 of 3

1  This Order was served on the following persons:

2  Anthony V. Guancione, III, R. Aubree' Guancione, and William Bullock Stewart, III
   HI &RH Empress Aubree
3  P.O. Box 6341
   Santa Clara, CA 95056

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case Number 5:10-CV-03166 JF (HRL)
ORDER DENYING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME
(JFLC1)