**E-Filed 8/6/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY V. GUANCIONE, III, R. AUBREE′ GUANCIONE, AND WILLIAM BULLOCK STEWART, III,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, WORLD SAVINGS INC, GOLDEN WEST FINANCIAL CORPORATION, WELLS FARGO & CO.,<br><br>Defendants. | Case Number 5:10-CV-03166 JF (HRL)<br><br>**ORDER[1] RE DOCUMENTS FILED BY PLAINTIFFS ON AUGUST 3, 2010**<br><br>Re: Docket No. 36, 37 |

On August, 3, 2010, Plaintiffs Anthony V. Guancione, III, Rosalie Aubree′ Guancione, and William Bullock Stewart, III, ("Plaintiffs) filed a declination to proceed before a United States Magistrate Judge and a peremptory challenge pursuant to Cal. Civ. P. § 170.6. The declination is unnecessary, as the instant action already is assigned to a district judge. Plaintiffs' peremptory challenge pursuant to Cal. Civ. P. § 170.6 has no applicability in federal court and is terminated as moot.

---

[1] This disposition is not designated for publication in the official reports.

Case Number 5:10-CV-03166 JF (HRL)
ORDER RE DOCUMENTS FILED BY PLAINTIFFS ON AUGUST 3, 2010
(JFLC1)

1  **IT IS SO ORDERED.**

2  DATED: 8/6/2010

3  _____

4  JEREMY FOGEL
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number 5:10-CV-03166 JF (HRL)
ORDER RE DOCUMENTS FILED BY PLAINTIFFS ON AUGUST 3, 2010
(JFLC1)

1 | This Order was served on the following persons:

2 | Anthony V. Guancione, III, R. Aubree' Guancione, and William Bullock Stewart, III
HI &RH Empress Aubree
3 | P.O. Box 6341
Santa Clara, CA 95056